IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
97 DEC 17 PM 5:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. VICTOR MANUEL VALLE-LASSALLE,
   a/k/a "Manolo,"
   (Counts One and Two)
2. JOSE RODRIGUEZ-MARRERO,
   a/k/a Jose Martinez Rivera,
   a/k/a "Zurdo,"
   (Count One)
3. NICHOLAS PENA-GONZALEZ,
   a/k/a "Nicky,"
   (Count One)
4. OMAR F. GENOA-SANCHEZ,
   a/k/a "Omi,"
   (Counts One and Two)
5. HERIBERTO NIEVES-ALONZO,
   a/k/a "Jun,"
   (Counts One and Two)
6. HENRY PAMIAS-BURGOS,
   a/k/a "Moncho Orejas,"
   (Count One)
7. PATRICIO PEREZ-RODRIGUEZ,
   (Count One) and
8. ENRIQUE ARIZMENDI VELEZ,
   (Counts One and Two)

    Defendants.

INDICTMENT

Criminal No. 97 - 284 (JAF)

~~SEALED~~ unsealed

Violations:

Title 21, United States Code,

  Section 848(a) and (c):
  Section 848(e)(1)(A):
  Section 846:

Title 18, United States Code,

  Section 2:

(TWO COUNTS)

THE GRAND JURY CHARGES:

COUNT I
Title 21, U.S.C., Section 848
CONTINUING CRIMINAL ENTERPRISE

From in or about May of 1996, to in or about October of 1996, in the District of Puerto Rico and elsewhere and within the jurisdiction of the Court,

    1.    VICTOR MANUEL VALLE LASSALLE,
           a/k/a "Manolo,"

Indictment
U.S. v. Victor Manuel
Valle Lassalle, et al.
Page 2

the defendant herein, did engage in a continuing criminal enterprise, as defined in Title 21, United States Code, Section 848(c), while aided and abetted by

    2.    JOSE RODRIGUEZ MARRERO,
           a/k/a Jose Martinez Rivera,
           a/k/a "Zurdo,"
    3.    NICHOLAS PENA GONZALEZ,
           a/k/a "Nicky,"
    4.    OMAR F. GENOA-SANCHEZ,
           a/k/a "Omi,"
    5.    HERIBERTO NIEVES ALONZO,
           a/k/a "Jun,"
    6.    HENRY PAMIAS-BURGOS,
           a/k/a "Moncho Orejas,"
    7.    PATRICIO PEREZ-RODRIGUEZ,
    8.    ENRIQUE ARIZMENDI-VELEZ,

also defendants herein, in that said defendants did commit violations of Subchapter I of Title 21, United States Code (i.e., Section 841(a)(1) and Section 846), in furtherance of the continuing criminal enterprise.

Further, said violations were a part of a continuing series of violations to Subchapter I of Title 21, United States Code, (A) which were undertaken by [1] VICTOR MANUEL VALLE-LASSALLE, a/k/a "Manolo," in concert with five or more other persons with respect to whom [1] VICTOR MANUEL VALLE-LASSALLE, a/k/a "Manolo," occupied a position of organizer, a supervisory position, or a position of management, and (B) from which [1] VICTOR MANUEL VALLE-LASSALLE, a/k/a "Manolo," did obtain substantial income or resources.

Indictment
U.S. v. Victor Manuel
Valle Lassalle, et al.
Page 3

ACTS IN FURTHERANCE OF
CONTINUING CRIMINAL ENTERPRISE

The defendants did commit, among others, in the District of Puerto Rico, the following overt acts in furtherance of the objects and aims of the continuing criminal enterprise.

1. In or about early June of 1996, [1] **VICTOR MANUEL VALLE-LASSALLE, a/k/a "Manolo,"** supervised associates of his, including Roberto Rodriguez-Torres, a/k/a "Robert Caballo," (deceased), with respect to the importation of a multi-kilogram shipment of cocaine into Puerto Rico, a portion of which (approximately sixty-five (65) kilograms) was not accounted for and believed to have been stolen from the owners.

2. In or about June of 1996, [1] **VICTOR MANUEL VALLE-LASSALLE, a/k/a "Manolo,"** organized members of his organization in order to assist in the importation, off-loading and distribution of a shipment of approximately two thousand pounds (2,000 lbs.) of marijuana, which was to be brought into Puerto Rico's southern coast.

3. In or about June of 1996, [1] **VICTOR MANUEL VALLE-LASSALLE a/k/a "Manolo,"** [3] **NICHOLAS PENA-GONZALEZ, a/k/a "Nicky,"** [4] **OMAR F. GENOA-SANCHEZ, a/k/a "Omi,"** [5] **HERIBERTO NIEVES-ALONZO, a/k/a "Jun,"** [8] **ENRIQUE ARIZMENDI VELEZ**, Edward Llarador Rodriguez (deceased), and others

Indictment
U.S. v. Victor Manuel
Valle Lassalle, et al.
Page 4

travelled to the southern coast of Puerto Rico in order to assist in the planned importation of marijuana.

4.  In or about June of 1996, **[1] VICTOR MANUEL VALLE-LASSALLE a/k/a "Manolo," [4] OMAR F. GENOA-SANCHEZ, a/k/a "Omi,"** and others travelled by boat to an area over one hundred (100) miles off the southern coast of Puerto Rico in order to pick up the marijuana shipment, though the pick up was not accomplished due to logistical problems.

5.  In or about July of 1996, **[1] VICTOR MANUEL VALLE-LASSALLE, a/k/a "Manolo,"** ordered the murder of Carlos Roberto Rodriguez-Torres, a/k/a "Roberto Caballo," who **[1] VALLE-LASSALLE** believed was going to tell the owners of the cocaine shipment described in paragraph 1, above, that he (**VALLE-LASSALLE**) had stolen the missing kilograms of cocaine.

6.  On or about July 15, 1996, **[1] VICTOR MANUEL VALLE-LASSALLE, a/k/a "Manolo,"** and **[3] NICHOLAS PENA-GONZALEZ, a/k/a "Nicky,"** with the assistance of **[4] OMAR F. GENAO SANCHEZ, a/k/a "Omi,"** and in the presence of **[8] ENRIQUE ARIZMENDI VELEZ** and Edward Llaurador-Rodriguez, shot and killed Carlos Roberto Rodriguez-Torres, a/k/a "Roberto Caballo."

7.  On or about October 13, 1996, **[1] VICTOR MANUEL VALLE-LASSALLE, a/k/a "Manolo,"** assembled associates of his in order to kill Edward Llaurador-Rodriguez, who was cooperating with the police and was

<u>Indictment</u>
U.S. v. Victor Manuel
Valle Lassalle, *et al.*
Page 5


a witness against **[1] VALLE-LASSALLE, [3] PENA-GONZALEZ, and [4] GENAO-SANCHEZ** with respect to the murder of Carlos Roberto Rodriguez-Torres, a/k/a "Robert Caballo."

8.   On or about the evening of October 13, 1996, **[6] HENRY PAMIAS-BURGOS, a/k/a "Moncho Orejas,"** with the assistance of **[7] PATRICIO PEREZ-RODRIGUEZ**, arranged for the delivery of Edward Llaurador Rodriguez, to **[1] VICTOR MANUEL VALLE-LASSALLE, a/k/a "Manolo,"** and others as part of the plan to kill Edward Llaurador Rodriguez.

9.   On or about the evening of October 13, 1996, **[1] VICTOR MANUEL VALLE-LASSALLE, a/k/a "Manolo,"** supervised the murder (by decapitation with a machete) of Edward Llaurador Rodriguez by **[2] JOSE RODRIGUEZ-MARRERO, a/k/a "Zurdo,"** and Jose Hernandez-Jimenez, a/k/a "Chelo," (deceased), who were assisted by **[4] HERIBERTO NIEVES-ALONZO, a/k/a "Jun,"** and another person not charged herein.

10.   On or about the early morning of October 14, 1996, **[4] HERIBERTO NIEVES-ALONZO, a/k/a "Jun,"** transported Jose Hernandez-Jimenez, a/k/a "Chelo," (deceased) to a hospital in Aguadilla, Puerto Rico, where Hernandez-Jimenez received treatment for a wound he suffered in connection with the murder of Edward Llaurador Rodriguez.

## MURDER OF CARLOS ROBERTO RODRIGUEZ-TORRES, a/k/a "Robert Caballo"

On or about July 15, 1996, defendants:

1. VICTOR MANUEL VALLE-LASSALLE,
   a/k/a "Manolo,"
3. NICHOLAS PENA GONZALEZ,
   a/k/a "Nicky,"
4. OMAR F. GENOA-SANCHEZ,
   a/k/a "Omi,"

while aiding and abetting each other and while engaging in or working in furtherance of the continuing criminal enterprise and engaged in offenses punishable under Title 21, United States Code, Section 841(b)(1), did intentionally kill, counsel, command, induce, procure or cause the intentional killing of Carlos Roberto Rodriguez-Torres, a/k/a "Robert Caballo," and such killing resulted.

## MURDER OF EDWARD LLAURADOR-RODRIGUEZ

On or about October 13, 1996, defendants

1. VICTOR MANUEL VALLE-LASSALLE,
   a/k/a "Manolo,"
2. JOSE RODRIGUEZ MARRERO,
   a/k/a Jose Martinez Rivera,
   a/k/a "Zurdo,"
4. OMAR F. GENOA-SANCHEZ,
   a/k/a "Omi,"
5. HERIBERTO NIEVES ALONZO,
   a/k/a "Jun,"
6. HENRY PAMIAS-BURGOS,
   a/k/a "Moncho Orejas," and
7. PATRICIO PEREZ-RODRIGUEZ,

Indictment
U.S. v. Victor Manuel
Valle Lassalle, et al.
Page 7

while aiding and abetting each other and while engaging in or working in furtherance of the continuing criminal enterprise and engaged in offenses punishable under Title 21, United States Code, Section 841(b)(1), did intentionally kill, counsel, command, induce, procure or cause the intentional killing of Edward Llaurador Rodriguez and such killing resulted.

All in violation of Title 21, United States Code, Section 848(a), (c), and (e)(1); and Title 18, United States Code, Section 2.

**COUNT TWO**
*Title 21, U.S.C., Section 846*
CONSPIRACY TO POSSESS WITH THE
INTENT TO DISTRIBUTE MARIJUANA

In or about June of 1996, in the District of Puerto Rico and elsewhere and within the jurisdiction of this Court,

  1. VICTOR MANUEL VALLE-LASSALLE,
     a/k/a "Manolo,"
  4. OMAR F. GENOA-SANCHEZ,
     a/k/a "Omi,"
  5. HERIBERTO NIEVES-ALONZO,
     a/k/a "Jun," and
  7. ENRIQUE ARIZMENDI VELEZ,

the defendants herein, did knowingly, intentionally, unlawfully and willfully, combine, conspire, confederate and agree with each other and with divers other persons known and unknown to the grand jury to commit

Indictment
U.S. v. Victor Manuel
Valle Lassalle, *et al.*
Page 8


offenses against the United States, to wit, to possess with the intent to distribute approximately two thousand (2,000) pounds of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

TRUE

FOREPERSON

GUILLERMO GIL
United States Attorney

Jorge E. Vega-Pacheco
Assistant U.S. Attorney
Chief, Criminal Division

W. Stephen Muldrow
Assistant U.S. Attorney

Date: December 17, 1997.